IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EXPRESS SCRIPTS, INC.,** *et al.*                                                   PLAINTIFFS

v.          CASE NO. 4:25-CV-00520-BSM
            CASE NO. 4:25-CV-00524-BSM
            CASE NO. 4:25-CV-00561-BSM
            CASE NO. 4:25-CV-00598-BSM

**RODNEY RICHMOND,** *et al.*                                                        DEFENDANTS

## ORDER

Defendants' unopposed motions to consolidate in *Express Scripts, Inc. et al. v. Richmond et al.*, 4:25-cv-00520-BSM [Doc. No. 29], *CVS Pharmacy, Inc. et al. v. Arkansas State Board of Pharmacy et al.*, 4:25-cv-00524-BSM [Doc. No. 17], *Pharmaceutical Care Management Association et al. v. Arkansas State Board of Pharmacy et al.*, 4:25-cv-00561-BSM [Doc. No. 10], and *Optum, Inc. et al. v. Richmond et al.*, 4:25-cv-00598-BSM [Doc. No. 6] are granted. *See* Fed. R. Civ. P. 42. All future filings should be filed in *Express Scripts, Inc. et al. v. Richmond et al.*, Master File No. 4:25-cv-00520-BSM. Defendants shall file a consolidated response to the pending motions for preliminary injunction on or before July 11, 2025, and plaintiffs may file individual replies within seven days of the filing of defendants' consolidated response.

IT IS SO ORDERED this 24th day of June, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE